Jodi K. Swick No. 228634
Charan M. Higbee No. 148293
Wendy L. Furman* FL Bar No. 0085146
(**Admitted Pro Hac Vice*)
**McDOWELL HETHERINGTON LLP**
1 Kaiser Plaza, Suite 340
Oakland, CA 94612
Telephone:   510.628.2145
Facsimile:   510.628.2146
Email:       jodi.swick@mhllp.com
             charan.higbee@mhllp.com
             wendy.furman@mhllp.com

Attorneys for Defendant
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

Joel P. Waelty No. 226728
Of Counsel for
**JACHIMOWICZ LAW GROUP, ATTORNEYS AT LAW**
1530 The Alameda, Suite 115
San Jose, CA  95126
Telephone:   408.246.5500
Facsimile    408.246.1051
Email:       joel@jachlawgroup.com

Attorneys for Plaintiff
DANIELLE SOLITO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| DANIELLE SOLITO,<br><br>　　Plaintiff,<br><br>　　v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; EXECUSTAFF HR INC. DISABILITY PLAN and DOES 1-10 inclusive,<br><br>　　Defendants. | Case 5:17-cv-06882-NC<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND ORDER [F.R.C.P. 41]**<br><br>Action Filed (State Court): Sept. 19, 2017<br>Removal Filed: Dec. 1, 2017 |

**IT IS HEREBY STIPULATED**, pursuant to Federal Rule of Civil Procedure 41(a), by

and between plaintiff Danielle Solito and Defendant The Lincoln National Life Insurance

Company, through their attorneys of record, that the above-entitled action may be dismissed with prejudice in its entirety and as to all parties, with all parties to bear their own attorney's fees, costs and expenses.

Dated: April 20, 2018     McDOWELL HETHERINGTON LLP

By:  /s/ Charan M. Higbee
    Jodi K. Swick
    Wendy L. Furman
    Charan M. Higbee

Attorneys for Defendant
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

Dated: April 20, 2018     JACHIMOWICZ LAW GROUP, ATTORNEYS AT LAW

By:  /s/ Joel P. Waelty
    Joel P. Waelty

Attorneys for Plaintiff
DANIELLE SOLITO

## ORDER

Having read the parties' stipulation and good cause appearing therefore, it is hereby ordered as follows:

1. This action hereby is dismissed with prejudice in its entirety and as to all parties, with all parties to bear their own attorneys' fees, costs and expenses.

**IT IS SO ORDERED.**

Dated: April 23, 2018

GRANTED
Judge Nathanael M. Cousins

HON. NATHANAEL M. COUSINS